UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: Trenton

January 10, 2023
DATE OF PROCEEDINGS

Judge: PETER G. SHERIDAN

Court Reporter: FRANK GABLE

Title of Case:
UNITED STATES OF AMERICA

vs.
JUAN CRESPO

Docket Cr. 19-922-(02) (PGS)

Present

Appearances:
Christopher D. Amore, AUSA for Government
Pasquale F. Giannetta, CJA, for Defendant
Matthew Hulick, Probation Officer

Nature of Proceedings: Sentencing on Counts 1s and 2s of the Superseding Indictment.
Ordered interpreters sworn, Irene Caramuta and Evelyn Armenta Spanish Interpreters sworn.
Imprisonment: 37 Months, on each of Counts 1s and 2s of the Superseding Indictment to be served concurrently.
Supervised Release: 3 Years on Counts 1s and 2s of the Superseding Indictment to run concurrently with special conditions
Special Assessment: $ 200.00 - $100.00 on each of Counts 1s and 2s.
Defendant advised of right to appeal.
No Fine.
Restitution: $1,355,000.00 - interest waived. See J&C for list of victims.
Ordered bail continued.

Time Commenced: 12:30 PM
Time Adjourned 1:00 PM
Total Time: 0:30

s/DOLORES HICKS
DEPUTY CLERK