PASQUALE F. GIANNETTA
ATTORNEY AT LAW

475 BLOOMFIELD AVENUE
NEWARK, NEW JERSEY 07107

TEL. (973) 482-5555
TEL. (973) 482-7910
FAX (973) 482-7930

E-MAIL ADDRESS: PAT@GIANNETTALAW.COM

March 7, 2023

via e-file
The Honorable Peter G. Sheridan, USDJ
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**RE: USA v. Crespo**
**3:19-cr-0922**

Dear Judge Sheridan:

Please be advised this firm represents Defendant, Juan Crespo in the above referenced matter. Defendant Crespo joins in co-defendant Manzano-Suarez's motion for bail pending appeal as to the substantive legal argument.

Respectfully submitted,

*/s/ Pasquale F. Giannetta*
Pasquale F. Giannetta, Esq.

PFG:dam