Jan. 23, 2024

Honorable Judge; Peter G. Sheridan:
Greetings, this is Juan Crespo
C#3:19-CR-00922-PGS-(2).

The reason why I'm addressing you is because I have a situation in wich you may helpme. When I went into jail on May 1st 2023 to my designated institution Coleman Low in Florida, I encountered or received the bad news that I have a "Public Safety Great Severity" They explained me here that it's because in the report (PSI) that was sent to the Bureau of Prisons (BoP) from the Probation office it was and it had writen Part of the witness Yunior Estevez testimony about the Supposed and alleged Kidnap that he expressed during the trial This incident the Govermment never Could prove that this was not true and that neve happened. I was also never Charged on the accounts for this Kidnaping felony. Everything that this witness declared was false and was not proven to be true.

It is not fair that this situation which by the way you did not gave any weight on the trial, it is now affeting me →

in this institution and now I am being Seen as a violent Criminal, which I'm not.

I beg you to please help me with this Situation that I'm goin through so this false and wrong testimony and allegation stops afecting me in this prison. I have been here 8 months and I have not had any problems since I got here and I'm also doing different programs tha are helping me with my rehabilitation; of this I give faith of.

Please order the Probation office to correct and erase this wrongful and false information and acusation and to Send this revised document to the (BOP) so they can update my paperwork so this whole situation gets clarified in my (PSI Report) My Case Manager here is MS. Butler B unit.

Thank you for your time and your attention.

your honor.

Sincerely: Juan Crespo

[signature]

R# 64429-004

Juan Crespo
R#64429-004
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521

RECEIVED
JAN 29 2024
AT 8:30 ______ M
CLERK, U.S. DISTRICT COURT - DNJ

TAMPA FL 335
SAINT PETERSBURG FL
25 JAN 2024 PM 4 L

To: Judge Peter G. Sheridan
Clarkson S. Fisher Federal Bldng
and United States Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608-1507

08608-150020