**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*Michael A. Hardin*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*Direct Dial: 973-645-2798*

September 4, 2026

**VIA ECF & E-Mail**

The Honorable Robert Kirsch
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *United States v. Juan Crespo*, Crim. No. 19-922 (RK)

Dear Judge Kirsch:

I write on behalf of the Government to request a deadline of Friday, September 11, 2026 to respond to Defendant Juan Crespo's *pro se* motion for early termination of supervised release, which was filed on August 10, 2026. *See* ECF No. 329.

The Court has not previously set a deadline for this motion. Crespo's case is under this District's jurisdiction, but he is being supervised in the Southern District of Florida. His Probation Officer is on leave until September 8, 2026. A September 11 deadline would afford me time to speak to his Probation Officer about his compliance, outstanding restitution balance, and the factual claims in his motion.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *<u>/s/ Michael A. Hardin</u>*
Michael A. Hardin
Assistant United States Attorney

cc: Eric Rocha, U.S. Probation Officer (via e-mail)
Juan Crespo, *pro se* Defendant (via First Class Mail)
14526 NW 88th Avenue, Miami Lakes, FL 33018